IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2017 NOV 30 P 3:55

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:17CR501-MHT |
| v. ) | |
| ) | [18 U.S.C. § 844(n); |
| CHRISWELL BRIAN HORTON ) | 18 U.S.C. § 842(a)(3)(A); |
| ) | 18 U.S.C. § 842(h); |
| ) | 18 U.S.C. § 842(i); |
| ) | 18 U.S.C. § 844(a)(1); |
| ) | 18 U.S.C. § 2] |
| ) | |
| ) | INDICTMENT |

At all times material to this Indictment:

1. The term "explosive material" includes "any chemical compound mixture, or device, the primary or common purpose of which is to function by explosion." *See* Title 18, United States Code, Section 841(c) & (d).

2. The term "plastic explosive" means an "explosive material in flexible or elastic sheet form formulated with one or more high explosives." *See* Title 18, United States Code, Section 841(q).

3. The Attorney General has also published a non-exclusive list of explosives which are also deemed to be within the coverage of the explosive material definition. *See* Title 18, United States Code, Section 841(c) & (d). Cyclonite, commonly known as "RDX," and Cyclotetramethylenetetranitramine, commonly known as "HMX," are both included in the Attorney General's list of explosives. Federal Register, Vol. 80, No. 205, Page 64446 (Published October 23, 2015). When a plastic explosive contains both RDX and HMX, it is commonly known as "C-4."

The Grand Jury charges:

## COUNT 1
(Conspiracy)

4. Beginning from an unknown date, and continuing to on or about July 1, 2016, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendant,

**CHRISWELL BRIAN HORTON,**

and other individuals, known and unknown to the Grand Jury, to wit: K.B. and J.T., did knowingly and intentionally conspire, combine, and agree with other individuals, known and unknown to the Grand Jury, to commit the following offenses:

a. Transportation of Explosive Material without a License, that is, to knowingly transport and cause to be transported explosive material, while not being a proper licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, in violation of Title 18, United States Code, Section 842(a)(3)(A).

b. Unlawful Possession, Transport, or Sale of Stolen Explosive Material, that is, to knowingly possess, transport, and sell stolen explosive material, which was part of and had been in interstate and foreign commerce, knowing and having reasonable cause to believe that the explosive material was stolen, in violation of Title 18, United States Code, Section 842(h).

c. Transportation of Explosive Material by a Convicted Felon, that is, to knowingly possess and transport an explosive, after being convicted of a felony crime punishable by imprisonment for a term in excess of one year, where the explosive had been transported in and otherwise affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 842(i).

## MANNER AND MEANS OF THE CONSPIRACY

5. It was part of the conspiracy that the defendant, HORTON, acted as a broker between two suppliers, to wit: K.B. and J.T., and a purchaser to illegally sell explosive material, to wit: a plastic explosive containing RDX and HMX, among other manner and means.

## OVERT ACTS IN FURTHANCE OF THE CONSPIRACY

6. In furtherance of the conspiracy, the defendant, HORTON, committed and caused to be committed at least one of the following overt acts, among others:

7. On or about May 1, 2016, HORTON contacted a potential purchaser in an effort to sell a plastic explosive;

8. On or about May 5, 2016, HORTON brokered a deal to sell approximately 10 ounces of plastic explosives in exchange for $2,000;

9. On or about May 5, 2016, HORTON informed the purchaser where to pick-up the plastic explosive, which was located in Chilton County, Alabama;

10. On or about May 6, 2016, HORTON received approximately $2,000 as payment;

11. On or about May 7, 2016, HORTON paid his suppliers approximately $800 for providing the plastic explosive; and

12. Beginning on or about May 5, 2016, and continuing to on or about July 1, 2016, HORTON attempted to broker another transaction between the same parties involving other explosive material.

All in violation of Title 18, United States Code, Section 844(n).

## COUNT 2
(Unlawful Possession, Transport, or Sale of Stolen Explosive Material)

13. On or about May 5, 2016, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendant,

**CHRISWELL BRIAN HORTON,**

while aiding and abetting another, to wit: K.B. and J.T., knowingly possessed, transported, and sold stolen explosive material, to wit: a plastic explosive containing RDX and HMX, which was moving as, was part of, constituted as, had been shipped in, and had been transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the explosive material was stolen. All in violation of Title 18, United States Code, Sections 842(h), 844(a)(1), and 2.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
BRADLEY BODIFORD
ASSISTANT UNITED STATES ATTORNEY

4