# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-CR-501-LSC |
| | ) | |
| CHRISWELL BRIAN HORTON | ) | |

## DEFENDNAT'S MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **CHRISWELL BRIAN HORTON**, through Undersigned Counsel, Donnie W. Bethel, and moves this Court to continue the Sentencing Hearing currently scheduled for July 18, 2018, to on or after September 10, 2018. In support of this motion, Mr. Horton would show the following.

1. The United States, through Assistant United States Attorney Bradley Bodiford, does not oppose this Motion.

2. The Sentencing Hearing is set for July 18, 2018.

3. Undersigned Counsel will be performing military duty with the United States Air Force the weeks of July 16th and 23rd.

3. Neither Mr. Horton nor the United States will be suffer any prejudice if the Court grants this Motion.

4. Should the Court grant Mr. Horton's Motion, to assist the Court in rescheduling the Sentencing Hearing Undersigned Counsel notes the following: he expects to be in trial in Montgomery with Judge Thompson the week of August 6th; he expects to

be in trial in Dothan for two cases with Chief Judge Watkins the week of August 20th. He will be attending continuing legal education all week the week of September 3rd.

**WHEREFORE**, Mr. Horton respectfully requests that the Court grant this Motion and continue his Sentencing Hearing until on or after September 10, 2018.

Dated this 20th day of June, 2018.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-CR-501-LSC |
| | ) | |
| CHRISWELL BRIAN HORTON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49