PS 12C
(9/27/2017)

# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant or Summons for Defendant Under Pretrial Release Supervision

Name of Defendant:  Chriswell Brian Horton            Case Number: 2:17CR501-MHT

Name of Releasing Judicial Officer:  The Honorable Wallace Capel, Jr., Chief U.S. Magistrate Judge
                                     The Honorable Charles A. Stampelos, U.S. Magistrate Judge (Northern District of Florida)
Date of Release:  January 19, 2018

Original Offense:  Count One: Conspiracy
                   Count Two: Unlawful Possession, Transport, or Sale of Stolen Explosive Material

Date of Next Court Appearance: April 4, 2019

Type of Release: Pretrial Release                      Date Supervision Commenced: January 19, 2018

Assistant U.S. Attorney:  Bradley Bodiford              Defense Attorney:  Donnie Bethel

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Violation One: Condition 3(f): "The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner." | On September 27, 2018, Horton admitted to smoking marijuana and snorting methamphetamine. Horton advised he used on September 16, 2018, when some friends came to his house. Horton admitted to using the above controlled substances because he was scheduled to be sentenced on September 20, 2018, and thought he would be going to prison. Even though Horton admitted to his drug use, we proceeded with a drug test. After receiving a presumptive positive for marijuana and methamphetamine, Horton was confronted on his honesty. Horton then admitted to using additional times because he was given an undetermined amount of methamphetamine from his associates. Horton advised the last time he snorted a couple of lines of methamphetamine was on September 25, 2018. |

RECEIVED 2018 OCT -2 A 9:31 DEBRA P. HACKETT, CLK

Honorable Wallace Capel, Jr., Chief U.S. Magistrate Judge
October 2, 2018
**Page** 2

**RE: Horton, Chriswell Brian**
    Dkt. # 2:17cr501-MHT
    **PS 12C**

| | |
|---|---|
| Violation Two: | Based on the defendant's admission, Horton unlawfully possessed a controlled substance (methamphetamine) from September 16, 2018 until September 25, 2018. |
| Condition 3(f): "The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner." | |

Supervision history of defendant and actions taken by officer:

Even though this is Horton's first serious violation, it should not be taken lightly. Horton was not truthful to the probation officer and only disclosed his further non-compliance once this officer investigated the violations. In addition, Horton was engaging in criminal behavior while on location monitoring at his residence.

U.S. Probation Officer Recommendation:

☒ The term of release should be:
    ☒ revoked.

☐ The conditions of release should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by  /s/ **Kevin Poole**
      Senior United States Probation Officer

Date:  October 2, 2018

Reviewed and approved by:  /s/ Darren Kennemer
                                     Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

RE: **Horton, Chriswell Brian**
   Dkt. # 2:17cr501-MHT
   <u>PS 12C</u>

_____
CHIEF U.S. MAGISTRATE JUDGE

_____
Date