### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-CR-501-LSC |
| | ) | |
| CHRISWELL BRIAN HORTON | ) | |

## MOTION FOR VARIANCE

**COMES NOW** the Defendant, **CHRISWELL BRIAN HORTON**, through Undersigned Counsel, Donnie W. Bethel, and, for the reasons set forth in Mr. Horton's Sentencing Memorandum, respectfully requests that the Court sentence him below the advisory range as calculated pursuant to the United States Sentencing Commission Guidelines Manual.

Dated this 3rd day of December, 2018.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:17-CR-501-LSC |
| | ) | |
| **CHRISWELL BRIAN HORTON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49