IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA )
                          )    CRIMINAL ACTION NO.
        v.                )      2:17cr501-MHT
                          )         (WO)
CHRISWELL BRIAN HORTON     )

### MENTAL-HEALTH ORDER

During defendant Chriswell Brian Horton's
sentencing hearing on December 10, 2018, the parties
agreed that he is a drug addict, and has never had a
formal mental-health assessment or drug evaluation.
Therefore, in order to ensure that defendant Horton
receives adequate assessment of and treatment for his
drug addiction, it is ORDERED as follows:

(1) Within 30 days of his release from
incarceration, defendant Chriswell Brian Horton is to
undergo a thorough drug and mental-health assessment,
which the probation department is to arrange.

(2) Within 45 days of his release from
incarceration, the probation department is to file the

drug and mental-health assessments with this court.

DONE, this the 18th day of December, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE